IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JERRY ALEXANDER MENCHU,              No. 3:20-cv-00559-AC

       Plaintiff,                            ORDER

      v.

MULTNOMAH COUNTY
HEALTH DEPARTMENT,

       Defendant.

HERNÁNDEZ, District Judge:

      Magistrate Judge Acosta issued a Findings and Recommendation on May 3, 2021, in which he recommends that the Court grant in part and deny in part Defendant's Motion to Dismiss [24]. F&R, ECF No. 33. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

      Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v.*

1 – ORDER

*Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Acosta's Findings and Recommendation [ECF No. 33]. Accordingly, Defendant's Motion to Dismiss or in the Alternative, Motion to Strike Amended Complaint GRANTED in part and DENIED in part.

IT IS SO ORDERED.


DATED:    June 14, 2021    .


　　　　　　　　　　　　　　　　　　*/s/ Marco Hernández*
　　　　　　　　　　　　　　　　　　MARCO A. HERNÁNDEZ
　　　　　　　　　　　　　　　　　　United States District Judge

2 – ORDER