UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 19 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JERRY ALEXANDER MENCHU,

Plaintiff - Appellant,

v.

MULTNOMAH COUNTY HEALTH DEPARTMENT,

Defendant - Appellee.

No. 24-5902

D.C. No.
3:20-cv-00559-AR

District of Oregon,
Portland

MANDATE

The judgment of this Court, entered May 13, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT